# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 83RD JUDICIAL DISTRICT COURT OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 1, 2015, the cause upon appeal to revise or reverse your judgment between

Kenneth Muna, Appellant(s)

V.

The State of Texas, Appellee(s)

No. 04-14-00602-CR    and     Tr. Ct. No. 12715CR

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853